```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
RAFAEL CORDERO, Individually, and On                                 :
Behalf of All Others Similarly Situated,                             :
                                                                     :
                              Plaintiff,                             :       23-cv-00894 (LJL)
                                                                     :
             -v-                                                     :       ORDER
                                                                     :
BEEHIVE CHEESE COMPANY, LLC,                                         :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2023
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within sixty (60) days of this Order.  Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

The parties should be aware that the court will grant only one further extension and only upon good cause and for thirty (30) days.


SO ORDERED.

Dated: April 4, 2023
       New York, New York                       _____
                                                       LEWIS J. LIMAN
                                                United States District Judge